December 20, 2012



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

FLORENTINO ROBERT ENGLISH, Appellant

NO. 14-12-00420-CR                    V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED**, to read as follows: we reform the judgment of the trial court to reflect the administrative fees assessed in the amount of $882.

      The Court orders the judgment **AFFIRMED** as **REFORMED**.

      We further order appellant pay all costs expended in the appeal.

      We further order this decision certified below for observance.